**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

LARRY DEAN DUDLEY, JR.,           )
                                   )
            Plaintiff,             )
                                   )
      v.                           )          No. 4:26-cv-00204 HEA
                                   )
PRECOAT METALS, et al.,            )
                                   )
            Defendants.            )

## OPINION, MEMORANDUM AND ORDER

Self-represented Plaintiff Larry Dean Dudley, Jr., brings this employment discrimination action against Precoat Metals and Azz, Inc. This matter is before the Court upon the Application to Proceed in District Court Without Prepaying Fees or Costs. [ECF No. 2]. Having considered the Application and the financial information provided, the Application will be denied, and the Court will direct Plaintiff to pay the full $405 filing fee.

The Court may authorize the commencement or prosecution of a civil action without prepayment of fees if the plaintiff demonstrates he or she "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Proceeding without prepayment of fees and costs, or in forma pauperis, is a matter of privilege, not of right. *Williams v. McKenzie*, 834 F.2d 152, 154 (8th Cir. 1987). To enjoy the statute's benefits, a litigant need not show that she is "absolutely destitute," but he must demonstrate that, because of his poverty, he cannot pay for the litigation costs and still be able to provide for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948); *see also Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000).

In this case, it appears that Plaintiff does not qualify for in forma pauperis status based on the financial information provided on the Application. Although Plaintiff states that he is not currently employed, he also states that he gets monthly Veterans Disability Benefits in an amount of $4,300. [ECF No. 2 at 1].

Based on Plaintiff's income, it appears that Plaintiff can pay for the litigation costs for this matter. *See Adkins*, 335 U.S. at 339. As such, the Court will deny Plaintiff's Application to Proceed without Prepayment. For this case to proceed, Plaintiff must pay the full $405 filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 2] is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff must pay the $405 filing fee within **fourteen (14) days** of the date of this Order.

**Plaintiff's failure to timely comply with this Order could result in the dismissal of this action, without prejudice and without further notice.**

Dated this 14th day of May, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE